UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SHELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK J. MULLIGAN, et al.,<br><br>    Defendants. | Case No. 14-cv-04267-KAW<br><br>ORDER FOR SERVICE OF FIRST AMENDED COMPLAINT; ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 5 |

On October 20, 2014, the Court granted Plaintiff's motion to proceed *in forma pauperis*, but dismissed the complaint with leave to amend. (Dkt. No. 4.) On November 21, 2014, Plaintiff filed a first amended complaint, which has been found to comply with 28 USC § 1915. Accordingly, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Additionally, to provide sufficient time for service, the Court continues the case management conference from December 23, 2014 until February 17, 2015. The Joint Case Management Conference Statement is due on or before February 10, 2015.

IT IS SO ORDERED.

Dated: December 10, 2014

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge