CARL SHELTON
1809 Prince Street, Apt. B
Berkeley, CA 94703
(510) 677-7353

In Pro Per for Plaintiff

FILED
2015 FEB 27 P 3:50
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CARL SHELTON,

  Plaintiff,

vs

PATRICK J. MULLIGAN, ESQ.,
AND THE MULLIGAN LAW FIRM,
MATTHEW L. GARRETSON, ESQ.,
AND THE GARRETSON LAW FIRM
AKA THE GARRETSON RESOLUTION
TRUST GROUP,

  Defendants.

Case No. 14-CV-04267-KAW

Notice of Dismissal
[Rule 41(a)(1)]

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD:

Please take notice that plaintiff CARL SHELTON discontinues the above-entitled action and dismisses the complaint without prejudice.

Dated: 2-27-2015

CARL SHELTON, In Pro Per



IT IS SO ORDERED
Judge Kandis Westmore

Notice of Dismissal